IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-01931-RBJ | FTR - Reporter Deck-Courtroom A402 |
| Date:              April 24, 2014 | Courtroom Deputy:    Courtni Covington |

*Parties:*                                                                                    *Counsel:*

DAVID BARTCH,                                                             Andrew J. Thorn

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL                                Cathy H. Greer
INSURANCE COMPANY, *et al.*,

      Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC DISCOVERY CONFERENCE**
**Court in session:       9:11 a.m.**
Court calls case.  Appearances of counsel.

Discussion between the court and counsel regarding **Plaintiff David Bartch's Motion to Compel Pursuant to Fed.R.Civ.P. 37(a)(3) for Answers to Interrogatories, for Responses, to a Request for Production of Documents and to Compel Designations Under Fed.R.Civ.P. 30(b)(6)** [Doc. No. 35], Interrogatory No. 5, if that Interrogatory is relevant to Plaintiff's claims, and Defendant's objection.

The court advises it will analyze the interrogatories as well as any responses and/or objections.

Counsel for Plaintiff withdraws the portion of the *Motion to Compel* [Doc. No. 35] that seeks to compel a response to Interrogatory No. 5.  Defense counsel has no objection.

Discussion held regarding Deposition Topics 16 and 17, Plaintiff's termination letter, the court's suggestion that the parties agree to narrow the scope of the topics, and the remaining depositions to be taken.

The parties reach an agreement as to the scope of the depositions as stated on the record.  Counsel for Plaintiff makes an oral **Motion to Withdraw** Doc. No. 35.

**ORDERED:**           Plaintiff's oral *Motion to Withdraw* Doc. No. 35 is **GRANTED**.

                  *Plaintiff David Bartch's Motion to Compel Pursuant to Fed.R.Civ.P. 37(a)(3)*

*for Answers to Interrogatories, for Responses, to a Request for Production of Documents and to Compel Designations Under Fed.R.Civ.P. 30(b)(6)* [Doc. No. 35, filed 4/7/2014] is **WITHDRAWN**.

HEARING CONCLUDED.
**Court in recess:     10:20 a.m.**
Total time in court:    01:09

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.