IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 13-cv-01931-RBJ-CBS

DAVID BARTCH,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, AMERICAN FAMILY LIFE INSURANCE COMPANY, a Wisconsin Insurance company, AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, a Wisconsin Insurance company,

    Defendants.

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO EXHIBITS J & K TO THEIR MOTION FOR SUMMARY JUDGMENT

    This matter comes before the Court upon Defendants' American Family Mutual Insurance Company, American Family Life Insurance Company and American Standard Insurance Company of Wisconsin Unopposed Motion to Restrict Public Access to Exhibits J & K to their Motion for Summary Judgment. The Court having reviewed the Motion and being fully advised and having received no objections to the Motion, finds that good cause exists for granting the relief requested.

    IT IS THEREFORE ORDERED that the Unopposed Motion to Restrict Public Access is GRANTED. Exhibits J & K to Defendants' Motion for Summary Judgment are not open to public inspection. Access to Exhibits J & K is limited to the parties and the Court - Level 1.

2

Dated this 12th day of May, 2014.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
United States District Judge