IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:   13-cv-01931-RBJ | Date: July 24, 2014 |
| Courtroom Deputy:   Julie Dynes | Court Reporter:  Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| DAVID BARTCH  **Plaintiff(s)** | *Howard J. Beck*  *Andrew J. Thorn* |
| v. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY  **Defendant(s)** | *Cathy H. Greer*  *William T. O'Connell, III* |

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**

Court in Session:  1:30 p.m.

Appearance of counsel.

Discussion held on settlement and length of trial.

Argument given on [71] Plaintiff David Bartch's Initial Motion in Limine.

**ORDERED:  [71] Plaintiff David Bartch's Initial Motion in Limine is GRANTED.**
**The reasons for termination, including graphic materials, are excluded from evidence, unless the plaintiff goes into this subject on direct examination.**

Discussion held on endorsed check deposited into the Barthc's account.

**ORDERED:  Discussion of the deposited check is excluded from evidence.**

Discussion held on exhibits, witnesses, trial procedures, and claims in the case.

Jury instructions reviewed and ruled upon, as stated on the record.

**3:43 p.m.    Court in recess.**
**3:50 p.m.    Court in session.**

Continued review of jury instructions.

Court in Recess:  4:22 p.m.              Hearing concluded.              Total time in Court:  02:45