IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 13-cv-01931-RBJ-CBS

DAVID BARTCH,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,
AMERICAN FAMILY LIFE INSURANCE COMPANY, a Wisconsin Insurance company,
AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, a Wisconsin Insurance company,

    Defendants.

## ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE

THIS COURT, having reviewed the Joint Motion for Dismissal with Prejudice of Plaintiff's Second Amended Complaint under Federal Rule of Civil Procedure 41(a)(2), and the Court being so advised, hereby GRANTS the Motion and ORDERS that all claims that were brought or could have been brought by the parties to the within captioned action are DISMISSED WITH PREJUDICE. Each party will bear his, its, or their own fees and costs.

DATED this 2nd day of September, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge